UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TERESA S. CAMDEN, | ) | Case No. 16-31606-KRH |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION TO EXTEND
TIME TO OBJECT TO DISCHARGE**

Bruce H. Matson, Trustee, pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure moves the Court for an extension of time through and including October 6, 2016, in which he may file a complaint pursuant to 11 U.S.C. § 727 to object to the discharge of the Debtor herein. In support of this motion, the Trustee states as follows:

1. The Debtor filed for relief in the above-captioned Bankruptcy Court (the "Court") pursuant to Chapter 11 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on March 31, 2016.

2. The Trustee was appointed interim Trustee in the case and continues to serve in that capacity.

3. This is a core proceeding over which this Court has jurisdiction under 28 U.S.C. §§ 157(b)(2)(A), (O), and 1334. Venue is proper pursuant to 28 U.S.C. § 1409.

4. The first meeting of creditors was held on May 9, 2016.

5. During the course of the examination, it became apparent to the Trustee that he needed additional information from the Debtor which, was unavailable at the time of the

---

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
919 E. Main Street, 24th Floor
Richmond, VA 23219
(804) 783-2003

Trustee

examination. The Trustee continued the hearing date until June 10, 2016 to obtain the additional information.

6. The Trustee again, continued the hearing date until July 19, 2016 to obtain the additional information.

7. The Trustee has not had sufficient time to examine the Debtor concerning the additional information, which may demonstrate that cause exists to object to the Debtor's discharge.

8. The scheduled date for the deadline to file Objections to Discharge pursuant to 11 U.S.C. §727 is July 8, 2016.

9. The Trustee needs additional time to determine whether to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727. Accordingly, pursuant to Rule 4004(b) the Trustee requests an extension of time to determine whether to file such a complaint.

WHEREFORE, the Trustee requests the Court to enter an order extending the deadline through and including October 6, 2016, in which the Trustee may file a complaint pursuant to 11 U.S.C. § 727, and for such other relief as is just and proper.

/s/ Bruce H. Matson, Trustee

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
919 E. Main Street, 24th Floor
Richmond, VA 23219
(804) 783-2003

Trustee

18546303.1                                  2

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2016, a true copy of the foregoing Trustee's Motion to Extend Time to Object to Discharge was sent electronically or by first class mail to:

>Robert Van Arsdale
>Office of the U.S. Trustee
>701 East Broad Street - Suite 4304
>Richmond, Virginia 23219
>>Assistant U.S. Trustee

>Sharon Choi Stuart
>Stuart Law Firm, LLC
>2222 Monument Avenue
>Richmond, Virginia 23220
>>Counsel for the Debtor

/s/ Bruce H. Matson
Trustee

18546303.1    3