UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TERESA S. CAMDEN, | ) | Case No. 16-31606-KRH |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING THE TIME TO FILE A
COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE**

This matter comes before the Court on the Motion Pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure for an order extending to October 6, 2016, the time in which the Trustee, Bruce H. Matson, may file a complaint pursuant to 11 U.S.C. § 727 to object to the discharge of the Debtor herein.  It appearing that no objection was made timely to the requested extension, it is hereby:

ORDERED that the Trustee's Motion Pursuant to Rule 4004(b) is hereby granted; and it is further

ORDERED that the Trustee, Bruce H. Matson, has until October 6, 2016, to file a complaint pursuant to 11 U.S.C. § 727 objecting to the discharge of the Debtor.

The Clerk is directed to send copies of this Order upon entry to the undersigned counsel.

_____
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
919 E. Main Street, 24th Floor
Richmond, VA 23219
 (804) 783-2003

    Trustee

Entered this ___ day of _____, 20__.

.

Jul 14 2016

/s/ Kevin R Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

Entered on Docket:7/14/16

/s/ Bruce H. Matson_____
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
919 E. Main Street, 24th Floor
Richmond, VA 23219
(804) 783-2003

    Trustee

18546339.1

2

<u>Local Rule 9022-1 (C) Certificate</u>

 Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing Order has been endorsed by or served upon all necessary parties.

           /s/ Bruce H. Matson
           Bruce H. Matson, Trustee

<u>Service List</u>

Robert Van Arsdale
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, Virginia 23219
 Assistant U.S. Trustee

Sharon Choi Stuart
Stuart Law Firm, LLC
2222 Monument Avenue
Richmond, Virginia 23220
 Counsel for the Debtor