# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 16−31606−KRH
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Teresa S. Camden
aka Teresa S Stadler, aka Teresa Maria Camden, aka Teresa Stadler, dba Brennan's Aesthetics, fdba Commonwealth Sports Medicine
12124 Blairmont Ct.
Glen Allen, VA 23059−5690

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9719

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **December 9, 2016**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court                    For the Court,

701 East Broad Street                              William C. Redden, Clerk
Richmond, VA 23219                                 United States Bankruptcy Court

                                                   Dated:   September 8, 2016

[B2040.jsp]

```
                              United States Bankruptcy Court
                               Eastern District of Virginia
In re:                                                                  Case No. 16-31606-KRH
Teresa S. Camden                                                        Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0422-7          User: luedecket              Page 1 of 2                  Date Rcvd: Sep 08, 2016
                              Form ID: 2040                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db             Teresa S. Camden,    12124 Blairmont Ct.,    Glen Allen, VA 23059-5690
aty            Sands Anderson PC,    P.O. Box 2188,   Richmond, VA 23218-2188
cr            +MVB Bank, Inc.,    1 Corporate Drive,    Ste 360,   Lake Zurich, IL 60047-8945
auc           +Motley’s Auction & Realty Group and Richmond Auto,     3600 Deepwater Terminal Road,
                Richmond, VA 23234-2231
cr            +Short Pump Holdings, LLC,    300 West Main Street,    Suite 102,   Charlottesville, VA 22903-5575
13390410       Aldo Sibeni,    227-20 6 112th Avenue,    Queens Village, NY 11429-0000
13457036      +Allergan USA, Inc.,    12975 Collections Center Drive,    Chicago, IL 60693-0129
13314474       Allied Leas,    13542 River Road,   Destrehan, LA 70047-0000
13314476      +Ashen Faulker,    Attn: Michael A. Lyvers,    217 N. Jefferson St., Ste. 601,
                Chicago, IL 60661-1114
13314477       Athenahealth, Inc.,    PO Box 415615,    Boston, MA 02241-5615
13390411      +Bioventus LLC,    P.O. Box 732823,   Dallas, TX 75373-2823
13457037      +Breg, Inc.,    P.O. Box 849991,   Dallas, TX 75284-9991
13457038      +Buford Road Pharmacy-Wholesale,    2608 Buford Road,    P.O. Box 3989,   Richmond, VA 23235-7989
13390413      +Comcast Business,    P.O. Box 37601,    Philadelphia, PA 19101-0601
13457039      +Comcast Business,    Re: Brennans’s Aesthetics,    P.O. Box 37601,   Philadelphia, PA 19101-0601
13390414     #+Commonwealth Sports Medicine,    4300 Pouncey Tract Road,    Suite 301,
                Glen Allen, VA 23060-6006
13314484      +Cynosure,    5 Carlisle Road,   Westford, MA 01886-3601
13397750      +Direct Capital Corporation,    c/o Adam M. Spence,    [Direct/Brennan],   P.O. Box 160,
                Phoenix MD 21131-0160
13314485      +DirectCapital,    155 Commerce Way,    Portsmouth, NH 03801-3243
13314486       Dovenmuehle Mortgage Inc.,,    Servicer for MVB Bank, Inc.,    1 Corporate Drive, Suite 360,
                Lake Zurich, IL 60047-8945
13457040      +Medco,   8319 Thora Lane,    Building A1,    Spring, TX 77379-3153
13390415      +Office Pride,    P.O. Box 577,   Franklin, IN 46131-0577
13314489       Patelco Credit Union,    PO Box 8020,    Pleasanton, CA 94588-8601
13314490      +Short Pump Holdings, LLC,    279 Pembroke Lane,    Henrico, VA 23238-6220
13457041      +Shred-It USA, LLC,    10264 Sycamore Drive,    Ashland, VA 23005-8183
13314491      +Steven Biss,    300 West Main Street,    Suite 102,   Charlottesville, VA 22903-5575
13390417      +Stryker,    4100 East Milham Avenue,    Kalamazoo, MI 49002-9303
13451178      +Stryker Instruments, a Division of Stryker Corp,    Lori L Purkey Purkey & Associates,
                5050 Cascade Rd, SE Ste A,    Grand Rapids, MI 49546-3707
13314492      +Toshiba Financial Services,    7741 Pocoshock Way,    Richmond, VA 23235-6483
13457042      +Virginia Linen Service, Inc.,    1440 Hickory Hill Road,    Petersburg, VA 23803-4778
13457043      +Xray Engineering Company of VA,    708 Dawn Street,    Richmond, VA 23222-4847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QBHMATSON.COM Sep 09 2016 02:13:00      Bruce H. Matson,
                LeClair Ryan, A Professional Corporation,   919 East Main Street,    24th Floor,
                Richmond, VA 23219-4622
cr            +EDI: WFFC.COM Sep 09 2016 02:13:00      Wells Fargo Bank, N.A.,    435 Fork Road, Suite 300,
                St. Louis Park, MN 55426-4938
13314475      +E-mail/Text: karen.meyer@anthem.com Sep 09 2016 02:17:34      Anthem BCBS,
                2015 Staples Mill Road,    Mail Drop: VA2002-S450,    Richmond, VA 23230-3108
13314479      +E-mail/Text: fsalinas@bylinefinancialgroup.com Sep 09 2016 02:17:28      BFG Corporation,
                dba Byline Financial Group,LLC,    721 N. McKinley Rd, 2nd Fl,    Lake Forest, IL 60045-1849
13314478      +E-mail/Text: fsalinas@bylinefinancialgroup.com Sep 09 2016 02:17:28
                Baytree Financial Group, LLC,    721 N. McKinley Road,    Lake Forest, IL 60045-1849
13314480      +E-mail/Text: rmckay@biehlcollects.com Sep 09 2016 02:18:50      Biehl & Biehl, Inc.,
                RE: Curascripts,    325 E. Fullerton Avenue,    Carol Stream, IL 60188-1865
13314481      +E-mail/Text: fsalinas@bylinefinancialgroup.com Sep 09 2016 02:17:28      Byline Financial Group,
                721 N. McKinley Road,    2nd Floor,   Lake Forest, IL 60045-1849
13314483       EDI: CAPITALONE.COM Sep 09 2016 02:13:00      Capital One Bank Usa N,    Po Box 85015,
                Richmond, VA 23285-0000
13314482       EDI: CAPITALONE.COM Sep 09 2016 02:13:00      Capital One,   Attn: Bankruptcy,    P O Box 30285,
                Salt Lake City, UT 84130-0285
13390412      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Sep 09 2016 02:26:34      City of Richmond,
                Dept of Public Utilities,    730 East Broad Street, 5th FL,    Richmond, VA 23219-1861
13314488       E-mail/Text: camanagement@mtb.com Sep 09 2016 02:16:56      M&T Bank,    James Salley, VP,
                10791 West Broad Street,    Glen Allen, VA 23060-0000
13314487       E-mail/Text: camanagement@mtb.com Sep 09 2016 02:16:56      M&T Bank,    RE: Bankruptcy Notice,
                PO Box 900,    Millsboro, DE 19966-0000
13390416      +E-mail/Text: colleen.atkinson@rmscollect.com Sep 09 2016 02:18:56
                Receivable Management Systems,    RE: Diamond Springs Water,    P O Box 8630,
                Richmond, VA 23226-0630
13390418      +E-mail/Text: bankruptcynotices@cbecompanies.com Sep 09 2016 02:17:16      The CBE Group, Inc.,
                RE: Dominion Virginia Power,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13314493      +EDI: WFFC.COM Sep 09 2016 02:13:00      Wells Fargo,   Businss Direct,    PO Box 29482,
                Phoenix, AZ 85038-9482
13314494      +EDI: WFFC.COM Sep 09 2016 02:13:00      Wells Fargo Bank, N.A.,    1 Home Campus,   MAC X2303-01A,
                Des Moines, IA 50328-0001
13314495      +EDI: WFFC.COM Sep 09 2016 02:13:00      Wff Auto,   Po Box 29704,    Phoenix, AZ 85038-9704
```

```
District/off: 0422-7          User: luedecket            Page 2 of 2              Date Rcvd: Sep 08, 2016
                              Form ID: 2040              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
                                                                                                TOTAL: 17

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Direct Capital Corporation
aty*           +Bruce H. Matson,   LeClair Ryan, A Professional Corporation,   919 East Main Street,
                24th Floor,   Richmond, VA 23219-4622
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
```
              Adam M. Spence    on behalf of Creditor    Direct Capital Corporation adam@spencebucklerlaw.com
              Bruce H. Matson    bhmtrustee@leclairryan.com,   bmatson@ecf.epiqsystems.com
              Bruce H. Matson    on behalf of Trustee Bruce H. Matson bruce.matson@leclairryan.com,
               kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Mark David Meyer    on behalf of Creditor    MVB Bank, Inc. bk@rosenberg-assoc.com
              Sharon Choi Stuart    on behalf of Debtor Teresa S. Camden schoistuart@yahoo.com,
               sharonstuartlaw@gmail.com
              Steven S. Biss    on behalf of Creditor    Short Pump Holdings, LLC stevenbiss@earthlink.net
                                                                                             TOTAL: 6
```