# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**In re:**

       **TERESA S. CAMDEN,**                                 Case No.:  16-31606-KRH
                                                                                         Chapter 7

                **Debtor.**

## ORDER APPROVING COMPROMISE AND SETTLEMENT WITH DIRECT CAPITAL CORPORATION

Before the Court is the *Trustee's Motion for Approval of Compromise and Settlement With Direct Capital Corporation* (the "**Motion**") in which the Chapter 7 Trustee seeks approval of a compromise and settlement of claims held by and between Direct Capital Corporation and the Trustee. Upon consideration of the Motion,

**IT IS ORDERED** that the Motion is GRANTED;

**IT IS ORDERED** that the compromise and settlement between the Trustee and Direct Capital Corporation, and the Settlement Agreement,[1] is APPROVED;

**IT IS ORDERED** that the Trustee is authorized to take all actions, and execute any documentation necessary to effectuate the Settlement Agreement.

Date: Dec 7 2016

/s/ Kevin R Huennekens
KEVIN R. HUENNEKENS, JUDGE
UNITED STATES BANKRUPTCY COURT

Entered on Docket: 12/7/16

---

[1] Unless otherwise defined herein, capitalized terms in this Order shall have the meaning ascribed to them in the Motion.

**For this we ask:**

 /s/ C. Thomas Ebel
C. Thomas Ebel, VSB No. 18637
William A. Gray, VSB No. 46911
SANDS ANDERSON PC
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone: 804.648.1636
*Counsel for Bruce H. Matson, Chapter 7 Trustee*

**Seen and agreed:**

 /s/ Adam M. Spence
Adam M. Spence, VSB No. 33524
SPENCE | BRIERLEY, P.C.
Post Office Box 160
Phoenix, MD 21131
Telephone:  410.823.5003
*Counsel for Direct Capital Corporation*

## L.B.R. 9022-1(C) CERTIFICATION

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

 /s/ C. Thomas Ebel

**COPIES TO:**

Sharon Choi Stuart, Esquire
Stuart Law Firm, LLC
2222 Monument Avenue
Richmond, Virginia 23220
  *Counsel for the Debtor*

Bruce H. Matson, Esquire
919 East Main Street, 24th Floor
Richmond, VA 23219
  *Chapter 7 Trustee*

C. Thomas Ebel, Esquire
William A. Gray, Esquire
SANDS ANDERSON PC
Post Office Box 1998
Richmond, VA 23218-1998
  *Counsel to Chapter 7 Trustee*

Robert B. Van Arsdale, Esquire
Office of the U.S. Trustee
701 East Broad Street, Room 4304
Richmond, VA 23219
  *Office of the US Trustee*

Adam M. Spence, Esquire
SPENCE | BRIERLEY, P.C.
Post Office Box 160
Phoenix, MD 21131
  *Counsel for Direct Capital Corporation*


*W3530526*